■ The People of the State of New York, Respondent, v Kevin P. Williams, Appellant. [33 NYS3d 781]—Rose, J. Appeal from a judgment of the County Court of Chemung County (Hayden, J.), rendered December 22, 2014, convicting defendant upon his plea of guilty of the crime of criminal possession of a weapon in the second degree.

Defendant pleaded guilty to criminal possession of a weapon

in the second degree in full satisfaction of a two-count indictment. He was thereafter sentenced, as a second felony offender, to six years in prison to be followed by five years of postrelease supervision. Defendant now appeals.

We affirm. Defendant's contention that he was denied the effective assistance of counsel is unpreserved for our review inasmuch as the record does not reflect that he made an appropriate motion to withdraw his plea or vacate the judgment of conviction (*see People v Jenkins*, 130 AD3d 1091, 1091 [2015]; *People v Wilson*, 126 AD3d 1143, 1143 [2015], *lv denied* 25 NY3d 1078 [2015]). Further, we reject defendant's contention that his sentence is harsh and excessive. Given defendant's criminal history and the fact that the sentence imposed was well below the maximum sentence that defendant could have received, we discern no extraordinary circumstances or abuse of discretion warranting a modification of the sentence (*see People v Mosley*, 87 AD3d 1179, 1179 [2011]; *People v McPherson*, 76 AD3d 1117, 1117 [2010]).

Peters, P.J., Garry, Mulvey and Aarons, JJ., concur. Ordered that the judgment is affirmed.